UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AKS TRADE COMPANY, LLC,

               Plaintiff,

      -v.-

AMERICAP DIRECT CORPORATION,
DAVID AULT, and MODEL FINANCIAL
SERVICES LLC,

               Defendants.

21 Civ. 9364 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    By letter dated January 6, 2022, Plaintiff indicated its consent to arbitrate its claims against Defendant Americap Direct Corp. ("Americap"). (Dkt. #19). Plaintiff further communicated to the Court, by telephone on January 7, 2022, its request to stay the proceedings as to this Defendant pending the outcome of the arbitration.

    Accordingly, the Clerk of Court is hereby directed to STAY the proceedings only as to Defendant Americap Direct Corp., pending the outcome of the above-referenced arbitration. For avoidance of doubt, the pre-motion conference scheduled for January 14, 2022, is ADJOURNED *sine die*.

    SO ORDERED.

Dated:   January 10, 2022
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge